IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ELIZABETH R. EVANS                                                          PLAINTIFF

v.                                                         CIVIL ACTION NO. 1:13-cv-00233-GHD-DAS

OKTIBBEHA COUNTY, MISSISSIPPI;
GLENN HAMILTON, individually and in his
official capacity as Circuit Clerk of Oktibbeha County,
Mississippi; and MARVEL HOWARD,
DANIEL JACKSON, JOHN nmi MONTGOMERY,
ORLANDO K. TRAINER, and JOE WILLIAMS,
individually and in their official capacities as members
of the Board of Supervisors of Oktibbeha County, Mississippi       DEFENDANTS

## ORDER GRANTING ALL DEFENDANTS' MOTIONS TO DISMISS

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1) the motion to dismiss [6] filed by Defendants Glenn Hamilton and Oktibbeha County, Mississippi is GRANTED;

(2) the motion to dismiss [8] filed by Defendants Marvel Howard, Daniel Jackson, John Montgomery, Orlando K. Trainer, and Joe Williams is GRANTED;

(3) the motion to strike [22] filed by Defendants Oktibbeha County and Glenn Hamilton is DENIED AS MOOT;

(4) all claims are DISMISSED; and

(5) this case is CLOSED.

SO ORDERED, this, the 10 day of September, 2014.

_____
SENIOR JUDGE